# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.:  21-cr-30028 |
| | ) | |
| BLAYTON M. COTA, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT COTA'S MOTION TO CONTINUE

NOW COMES Defendant, Blayton M. Cota, by and through his Attorney, Jeff Page and in support of his Motion To Continue Pre-Trial and Trial Settings, states to this Honorable Court as follows:

1. A Pre-Trial in this matter is currently scheduled for Friday, September 17, 2021 at 9:30 a.m. with a trial date scheduled for Tuesday, October 5, 2021 at 1:00 p.m.

2. Counsel for Defendant is in the process of reviewing pre-trial discovery in this matter.

3. Assistant United States Attorney Matthew Weir has no objection to the Motion to Continue.

4. The ends of justice served by granting the continuance outweigh the best interests of the Defendant and the public in a speedy trial.

WHEREFORE, Defendant, Blayton M. Cota, prays that this Honorable Court continue the Pre-Trial and Trial Settings in the above-captioned cause for approximately 90 days and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,
Blayton M. Cota, Defendant

By:    s/ Jeff Page
Jeff Page Bar Number: 6211836
Attorney for Defendant
Page Law Office
808 South 2nd Street
Springfield, IL 62704
Telephone:   (217) 522-2216
Fax:               (217) 523-2549
E-mail:          jeffpagelawoffice@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2021, the foregoing document filed electronically, using the CM/ECF system, which will send notification of such filing to the following:

Matthew Weir  matthew.weir@usdoj.gov
Diana Cowan  diana.cowan@usdoj.gov
Sarah Elizabeth Seberger  sarah.seberger@usdoj.gov

By:  **s/ Jeff Page**
Jeff Page Bar Number: 6211836
Attorney for Defendant
Page Law Office
808 South 2nd Street
Springfield, IL 62704
Telephone:  (217) 522-2216
Fax:  (217) 523-2549
E-mail:  jeffpagelawoffice@yahoo.com